UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 01000

NEW YORK STATE RESTAURANT
ASSOCIATION,

                Plaintiffs,

- against -

NEW YORK CITY BOARD OF HEALTH,
NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE, and Thomas R. Frieden,
In His Official Capacity as Commissioner
of the New York City Department of Health
and Mental Hygiene,

                Defendants.

No. 2008 Civ. _____

RECEIVED JAN 3 1 2008 U.S.D.C. S.D.N.Y.

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff New York State Restaurant Association certifies that there exists the following parent companies or publicly held companies owning more than ten percent (10%) of its stock: None.

Dated: New York, New York
       January 30, 2008

Respectfully submitted,

**ARNOLD & PORTER LLP**

By: _____
    Kent A. Yalowitz (KY-3234)
399 Park Avenue
New York, New York 10022
(212) 715-1000

*Attorneys for Plaintiff*
*New York State Restaurant Association*