**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581
(212) 805-6325

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/08

CHAMBERS OF
COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| TO ALL COUNSEL IN: | New York State Restaurant Association v. New York City Board of Health, et al.   (08 Civ. 1000) |
| CC: | J. Michael McMahon, Clerk of the Court<br>The Honorable Richard Holwell, U.S.D.J. |
| FROM: | Judge McMahon |
| RE: | Reassignment of the Case |
| DATE: | February 1, 2008 |

Counsel:

    Shortly after our conference this morning, Judge Holwell called to inform me that he wants to take the case because it implicates his prior ruling. The briefing schedule set forth this morning is acceptable to Judge Holwell (opposition papers due February 8, reply due February 14); however, he has scheduled the hearing for Friday, February 22, rather than February 25.

U.S.D.J.

BY FAX TO ALL COUNSEL