UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

NEW YORK STATE RESTAURANT ASSOCIATION,

                                        Plaintiff,

          -against-

NEW YORK CITY BOARD OF HEALTH, NEW YORK
CITY DEPARTMENT OF HEALTH AND MENTAL
HYGIENE, and THOMAS R. FRIEDEN, In His Official
Capacity as Commissioner of the New York City
Department of Health and Mental Hygiene,

                                        Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

08 Civ. 1000 (CM)

      **PLEASE TAKE NOTICE** that Mark W. Muschenheim, Assistant Corporation Counsel in the Office of MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, hereby appears as attorney of record in the above entitled action on behalf of defendants NEW YORK CITY BOARD OF HEALTH, NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, and THOMAS R. FRIEDEN, in His Official Capacity as Commissioner of the New York City Department of Health and Mental Hygiene.

Dated: New York, New York
       January 31, 2008

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the City of New York
                                      Attorney for Defendants
                                      100 Church Street
                                      New York, New York 10007
                                      (212) 442-0573

                                      By: _____
                                          Mark W. Muschenheim (MM-0498)
                                          Assistant Corporation Counsel