≋AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

**APPEARANCE**

Case Number: 08-Civ-1000(RJH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Amicus Curaie, Rudd Center for Food Policy and Obesity at Yale University

I certify that I am admitted to practice in this court.

| 2/8/2008 | |
|---|---|
| Date | Signature |
| | Brian L. Bromberg |
| | Print Name / Bar Number |
| | 40 Exchange Place, Suite 2010 |
| | Address |
| | New York, NY 10005 |
| | City / State / Zip Code |
| | (212) 248-7906 / (212) 248-7908 |
| | Phone Number / Fax Number |