UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RESTAURANT ASSOCIATION, | : |
| Plaintiff, | : |
| - against - | : No. 2008 Civ. 1000 (RJH) |
| NEW YORK CITY BOARD OF HEALTH, NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, and Thomas R. Frieden, In His Official Capacity as Commissioner of the New York City Department of Health and Mental Hygiene, | : SUPPLEMENTAL DECLARATION OF DAVID B. ALLISON, Ph.D |
| Defendants. | : |

David B. Allison, Ph.D declares under penalty of perjury as follows:

A.    **Background and Qualifications**

1.      My qualifications and my opinions in this matter were set forth in a Declaration dated January 29, 2008. The subject that I addressed — the scientific evidentiary basis or lack thereof for claims that Regulation 81.50 requiring chain restaurants to post the calorie content of standardized menu items in a specified manner will help reverse an epidemic of obesity among New Yorkers — has since been addressed by several experts who submitted declarations on behalf of the City of New York (the "City experts", i.e. Drs. Thomas R. Frieden, Marie-Pierre St-Onge, Mary T. Bassett, Marlene B. Schwartz, Barry M. Popkin, Xavier Pi-Sunyer and Ms. Kiyah J. Duffey). The City experts discuss why they believe that some of the studies discussed or referenced in my Declaration make it reasonable to hypothesize that calorie content

posting will affect people's selection of high-calorie food, at least in the short term. They also point to various purported weaknesses or limitations in studies I cited that tend to support the conjecture that mandatory calorie posting could be ineffectual or even conceivably counter-productive.

2.    There is less disagreement here than meets the eye. There is agreement that the studies published to date cannot support the conclusion that the regulation will be effective in reducing obesity or the conclusion that it will be ineffective in doing so, or the conclusion that it will be counter-productive. Rather, each of those conclusions could be supported only by conjecture or speculation, based on the current state of knowledge. That is the opinion I expressed in my original Declaration, and it is one I reaffirm here.[1]

3.    A point of criticism advanced by two of the experts who submitted declarations for the City is their view that I have applied or advocated an inappropriate standard by which to evaluate the lawfulness of a measure designed to promote public health. However, that is an unequivocally incorrect characterization of what I wrote in my previous Declaration. In my Declaration, I wrote "it is important to clarify the standard of evidence I will refer to herein. I refer to scientific evidence and by evidence I mean facts that could potentially lead to a reasonable *conclusion* that causation exists as opposed to facts that could lead one to *conjecture* or *hypothesize* about putative causation." That is, I discussed a standard for drawing conclusions about causation, not for deciding whether proposed laws should or should not be

---

[1]    My opinion as stated here and in my original Declaration is my own as a scientist and obesity expert, not necessarily that of any academic, professional or other organization with which I am affiliated.

adopted. I did *not* address the question of what standard to use to evaluate the lawfulness or appropriateness of a public health measure. My understanding is that it is not my role or the role of any expert to make that determination, but rather that is a legal determination for the courts to make.

4.    What I have done instead is to survey the scientific studies that are relevant to determining the likely effectiveness of the regulation in reducing obesity, and to describe the current state of knowledge on the relevant subject. As I have said, those studies would support only conjecture that the regulation would be effective, ineffective, or even conceivably counterproductive in reducing obesity.

5.    Some of the City experts seem to have misinterpreted my original Declaration as insisting that no proposed intervention, such as calorie posting, should be considered evidence-based unless it is supported by randomized controlled trials, the 'gold standard' for scientifically evaluating obesity interventions (e.g. Frieden declaration ¶¶ 65-67, Schwartz Decl. ¶ 8). But my original Declaration recognized that the absence of randomized controlled studies, while important, is not necessarily decisive in all contexts. In their absence, a critical question becomes whether there is a body of good, reliable observational studies that show a consistent association between the independent variable of interest — in this case, posting calorie information in chain restaurants in the manner required by the Regulation — and the outcome of interest — in this case, obesity.

- I surveyed the literature and asked: Are there are any observational studies in the literature that demonstrate an association between such calorie posting, whether or not in chain restaurants, and obesity? I

concluded that there are none. None of the City experts have stated otherwise.

- I then asked: Are there any observational studies that demonstrate an association between such calorie posting, whether or not in chain restaurants, and any weight change in the customers, or any decrease in caloric intake over an extended period? I concluded that there are none. None of the City experts have stated otherwise.

- I then asked: Are there any observational studies that demonstrate an association between calorie posting and the customers' caloric intake over a period of a week, or even a single day? I concluded that there are none, and none of the City experts have stated otherwise.

6.    A survey that the City heavily relies on is the one it conducted last year on ordering in New York City chain restaurants. Dr. Bassett has submitted a declaration describing the study and has also submitted a draft report of its findings sent to a peer-reviewed journal. Several points deserve mention.

(a)    The study is certainly not an observational study that would fall into any of the categories mentioned in the preceding paragraph. It did not report on obesity, weight change or caloric intake over an extended period of time or even a single day. The design does not permit conclusions to be drawn regarding whether any reduction in calories purchased at lunchtime was or was not compensated for by meals or energy expenditure in the following hours or days. In contrast to the way the study was presented by the Board of Health and to the public when Regulation 81.50 was proposed (Notice of Adoption [of Regulation 81.50] at pp. 6-7), the paper submitted for

peer-review draws quite modest conclusions, and does not claim to have shown an effect on weight gain or on cases of obesity or preventable diabetes.

(b)    The paper submitted for peer-review points out a number of important limitations, which were among those pointed out in my original declaration. The findings are subject to at least three limitations:

"First, Subway patrons might not be representative of all chain restaurant patrons..."

"Second, it is possible that Subway patrons who reported seeing calorie information did so because they were more concerned about weight than Subway patrons who reported not seeing calorie information."

"Third, study respondents may have differed from patrons choosing not to participate."

(Basset MT et al, Purchasing Behavior....New York City, 2007, unpublished).

(c)    The study findings on ordering at Subway restaurants are presented as indicative of the positive effect of posting calorie information in a manner similar to that mandated by Regulation 81.50 as opposed to other methods such as brochures, posters (not necessarily at the point of purchase), packaging etc. That is premised on the study authors' statement that, at the time of the study, Subway placed calorie information "on deli cases near the registers"; Subway reportedly "displayed calorie information for selected items at the point of purchase somewhat visibly" (Basset, 2007, pp. 6,7). However, as I pointed out in my original Declaration, the study material provided by the City in response to a Freedom of Information request includes logs that document what the study's own observers recorded regarding calorie information at the Subway sites studied. I have attached these as Exhibit A.

7.    As can be seen from the logs, the printed form calls for the observers to note: (a) Is calorie information on the menu board?; (b) Is calorie information

elsewhere? If the answer is "elsewhere", the observers are called on to note whether it is on posters, pamphlets, or "other", with a blank to detail "other". At my request, two people independently tabulated the answers on the sheets. Because of ambiguities in the documentation provided, the two tabulations were not identical, though they were quite close. Where discrepancies exist, I have reported the range of values. According to these counts, the logs show information for 46 or 47 Subway restaurants, and that the numbers of restaurants using various media were as follows:

| | |
|---|---|
| Decals | 8 |
| Countertop | 2 |
| Napkins | 16 |
| Cups | 12 |
| Posters | 12 or 14 |
| Pamphlets | 14 or 17 |
| Food wrappers | 1 |
| None/Missing Data | 12 or 13 |

The total is more than 46 or 47, since many used more than one method. These data do not support the claim that Subway customers who noticed calorie information must have seen it posted at the point of purchase rather than on pamphlets, posters, napkins or various other ways that the study workers noted and logged. Dr Bassett states (Declaration ¶ 8) that I have not had "direct contact" with the study staff, have an "incomplete understanding of the field research methods" and that I am unaware that the data collector's "priority" was not to assess the ways other than menu boards that the calorie information was provided (i.e., the information called for in the logs). It is certainly true that my understanding of the study comes from the written materials supplied by the City in response to a Freedom of Information request, and not from personal contact with study staff. However, it is a basic requirement of scientific research that the methodology and findings be documented in writing in a clear manner that could make them reproducible by other scientists. It is incumbent upon

researchers to set out clearly and accurately the factual basis for statements in a study, like the one that Subway customers who saw calorie information saw it near the registers. If there is such documentation, I have not been able to locate it and it has not been presented in the paper submitted for publication, in the Notice of Adoption that accompanied enactment of the Regulation, or in Dr Bassett's own Declaration.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on February 14, 2008

_____
David B. Allison, Ph.D.

Exhibit A

ID#: _2_

## OBSERVATION LOG

QSE Name: _Subway_

QSE Address: _146-04 Jamaica Avenue_

Date: _April 3, 2007_

Team: _#4 Queens_

**Time**

Arrival: _10:50_

Start: _1130_

End: _130_

Departure: _135_

| | # patrons | # surveys |
|---|---|---|
| TOTAL | 35 | 19 |

# unused MetroCards: _36 ✓_

# multiple diners: _2_

**AT ARRIVAL:**

Is calorie information on the menu board?   ☒No   ☐ Yes, proceed to alt. location

Is calorie information elsewhere?   ☐ No   ☐ Poster   ☐ Pamphlet   ☒ Other: _napkins, cups_

**AT END OF SHIFT:**

Is there a drive-through window?
   ☐ Yes → how many patrons were using drive-through?   ☐ None   ☐ Some   ☐ A lot
   ☒ No

Were any items purchased but did not show up on the receipt? (e.g. drink or side w/ combinations)
_At first, receipts given did not reflect customers purchases._
_We mentioned this to the manager, and they started printing_
_full receipts._

Any site-specific specials/promotions? If so, please describe:
_____
_____
_____
_____

**OTHER NOTES:** (e.g. language barrier; location – residential, commercial, industrial; problems; etc)
_Very low traffic. Not much traffic on this block in general._
_____
_____

## OBSERVATION LOG

ID#: 15

QSE Name: Subway

Date: 4/6/07

QSE Address: 180 Dyckman Street

Team: #2

**Time**

Arrival: 11:30

Start: 11:40

End: 2:05

Departure: 2:05

| | # patrons | # surveys |
|---|---|---|
| TOTAL | 52 | 35 |

# unused MetroCards: 20 ✓

# multiple diners: 0

### AT ARRIVAL:

Is calorie information on the menu board? ☑ No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere? ☐ No    ☑ Poster    ☐ Pamphlet    ☐ Other: _____

### AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:

None

### COMBINATIONS:

Does this location have value/combination options?    ☐ Yes    ☑ No

If **YES**, are all items detailed and included on receipt?    ☐ Yes    ☐ No

What is included in the standard combination other than the entrée?

☐ Side    →    how many are included in the combination? ___

☐ Drink    →    what size? ___

☐ Other comments: _____

### MANAGEMENT:

☑ Introduction at beginning? Comments: ___ Well Received

☐ Approached by management?  Comments: _____

☑ Pamphlets (2) given.  Comments: ___ Well Received.

### OTHER NOTES: (e.g. co-brand, demographics, language, location, drive-through, problems, etc)

The Location very Small. Slow traffic

only 300 Square feet. !!

#17    ID#: 4090867

## OBSERVATION LOG

QSE Name: _Subway_                                    Date: 5/21/07

QSE Address: _173 West 26th Street_        Team: Busmy Basher
                                                                          Marc Marcelli
                                                                          Domingo Mononca

**Time**    Arrival: _11:30_

|  | # patrons | # surveys |
|---|---|---|
| **TOTAL** | 162 | 55 |

Start: _12:01_

End: _1:44_                              # unused MetroCards: _0_

Departure: _1:51_                      # multiple diners: _1_

### AT ARRIVAL:

Is calorie information on the menu board?  ☒ No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere?  ☒ No  ☐ Poster  ☒ Pamphlet  ☐ Other: _____
_limited info on napkins & pamphlets_

### AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:
_No_

### COMBINATIONS:

Does this location have value/combination options?        ☒ Yes        ☐ No

　　If **YES**, are all items detailed and included on receipt?  ☐ Yes  ☐ No

What is included in the standard combination other than the entrée?

　　☒ Side  →  how many are included in the combination? _1_

　　☒ Drink  →  what size? _M_

　　☐ Other comments: _____

### MANAGEMENT:

　　☒ Introduction at beginning?  Comments: _Good, Aware of New Posting law_

　　☐ Approached by management?  Comments: _____

　　☒ Pamphlets (2) given.  Comments: _THANKS_

### OTHER NOTES: (e.g. co-brand, demographics, language, location, drive-through, problems, etc)

_Majority of diners were of Latino/Black descent with any white individuals appearing of middle class or higher including 5 who said "look at me, do I need to look at calorie info". No Latino/Black expressed any regret or "shame" for choosing their meals as one 20's white person said "I know I should look, is that bad?"_

ID#: 21

## OBSERVATION LOG

QSE Name: _Subway_

QSE Address: _1063 2nd ave_

Date: _5/15/07_

Team: _1_

**Time**

Arrival: _11:49_

Start: _11:52_

End: _1:30_

Departure: _1:45_

|  | # patrons | # surveys |
|---|---|---|
| TOTAL | 79 | 56 |

estimated # add'l drive-thru patrons: _____

# unused MetroCards: _21_

# multiple diners: _3_

### AT ARRIVAL:

Is calorie information on the menu board?  ☑ No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere?  ☐ No    ☐ Poster    ☐ Pamphlet    ☑ Other: _Napkins + Cups ec_

### AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:

_Posters_

### COMBINATIONS:

Does this location have value/combination options?    ☑ Yes    ☐ No

If **YES**, are all items detailed and included on receipt?    ☐ Yes    ☐ No

What is included in the standard combination other than the entrée?

☐ Side  →  how many are included in the combination? _1_

☑ Drink  →  what size? _2l6z_

☐ Other comments: _____

### MANAGEMENT:

☑ Introduction at beginning?  Comments: _Went Good_

☐ Approached by management?  Comments: _____

☑ Pamphlets (2) given.  Comments: _yes_

### OTHER NOTES: (e.g. co-brand, demographics, language, location, problems, etc)

_people were very receptive and_
_wanted to get the free card_

ID#: ○○

**OBSERVATION LOG**

QSE Name: _Subway_                          Date: _May 12 2009_

QSE Address: _463 Lexington Avenue New York_    Team: _#4 Queens_

**Time**    Arrival: _11:30_

Start: _11:35_

End: _1:30_

Departure: _1:35_

|         | # patrons | # surveys |
|---------|-----------|-----------|
| **TOTAL** | 181       | 55        |

estimated # add'l drive-thru patrons: _N/A_

# unused MetroCards: _1_  _customer did not want card_

# multiple diners: _1_

**AT ARRIVAL:**

Is calorie information on the menu board?  ☑ No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere?  ☑ No  ☐ Poster  ☐ Pamphlet  ☐ Other: _____

**AT END OF SHIFT:**

Any site-specific specials/promotions? If so, please describe:

_____

_____

**COMBINATIONS:**

Does this location have value/combination options?    ☐ Yes    ☐ No

If _YES_, are all items detailed and included on receipt?    ☐ Yes    ☐ No

What is included in the standard combination other than the entrée?

☐ Side  →  how many are included in the combination? ____

☐ Drink  →  what size? ____

☐ Other comments: _____

**MANAGEMENT:**

☑ Introduction at beginning? Comments: _____

☐ Approached by management?  Comments: _____

☑ Pamphlets (2) given.  Comments: _____

**OTHER NOTES:** _(e.g. co-brand, demographics, language, location, problems, etc)_

_Busy - crowded sidewalk - not sure if patrons were not_
_stopping due to time constraints a just not interested._

ID#: ~~408-27050~~ (31)

# OBSERVATION LOG

QSE Name: _Subway_

QSE Address: _106 Greenwich Street_

Date: _06/08/07_

Team: _Basmy_
_Jessica_
_Domingo_

**Time**

Arrival: _11:50_

Start: _12:25_

End: _2:25_

Departure: _2:30_

|  | # patrons | # surveys |
|---|---|---|
| TOTAL | 64 | ~~27~~ |

# unused MetroCards: _29_

# multiple diners: _0_

## AT ARRIVAL:

Is calorie information on the menu board?  ☒ No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere? ☒ No   ☐ Poster   ☐ Pamphlet   ☐ Other: _____

## AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:

_____

_____

## COMBINATIONS:

Does this location have value/combination options?    ☒ Yes    ☐ No

   If _YES_, are all items detailed and included on receipt?  ☒ Yes  &  ☒ No

What is included in the standard combination other than the entrée?

   ☐ Side  →  how many are included in the combination? _1_

   ☐ Drink  →  what size? _N_

   ☐ Other comments: _____

## MANAGEMENT:

   ☒ Introduction at beginning?  Comments: _Fine_____

   ☐ Approached by management?  Comments: _____

   ☒ Pamphlets (2) given.  Comments: _____

## OTHER NOTES: _(e.g. co-brand, demographics, language, location, drive-through, problems, etc)_

_* Receipts initially given on "phone order receipt" instead of printed_
_out._

ID#: 4U

## OBSERVATION LOG

QSE Name: Subway

QSE Address: 245-06 Horace Harding Expressway

Date: April 26, 2005

Team: #4 Queens

**Time**

Arrival: 10:40

Start: 11:30

End: 1:32

Departure: 1:35

|  | # patrons | # surveys |
|---|---|---|
| TOTAL | 20 | 18 |

# unused MetroCards: 3

# multiple diners: 2

estimated # drive-thru patrons: N/A

### AT ARRIVAL:

Is calorie information on the menu board?  ☑ No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere?  ☑ No    ☐ Poster    ☐ Pamphlet    ☐ Other: _____

### AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:
_____
_____

### COMBINATIONS:

Does this location have value/combination options?    ☐ Yes    ☑ No

If **YES**, are all items detailed and included on receipt?    ☐ Yes    ☑ No

What is included in the standard combination other than the entrée?

☐ Side    →    how many are included in the combination? ____

☐ Drink    →    what size? ____

☐ Other comments: _____

### MANAGEMENT:

☑ Introduction at beginning? Comments: very friendly

☐ Approached by management?  Comments: _____

☑ Pamphlets (2) given.  Comments: _____

### OTHER NOTES: (e.g. co-brand, demographics, language, location, problems, etc)

Service road of L.I.E - customers very nice, friendly
_____
_____

# OBSERVATION LOG

QSE Name: *Subway*
QSE Address: *9206 4th Ave Bkly NY*                    Date: *3/29/07*

**Time**        Arrival: *12:00*
               Start: *12:00*
               End: *2:00*
               Departure: *2:10*

|        | # patrons | # surveys |
|--------|-----------|-----------|
| TOTAL  | 27        | 8         |

*Team 2*
*#43*          *unused 47*

## AT ARRIVAL:

Is calorie information on the menu board?  ☑ No    ☐ Yes, proceed to alt. location

Is calorie information elsewhere?  ☑ No   ☐ Poster   ☐ Pamphlet   ☐ Other: _____

## AT END OF SHIFT:

**Store Observations:**

Were any items purchased but did not show up on the receipt? *(e.g. drink or side w/ combinations)*

_____
_____

Any site-specific specials/promotions? If so, please describe:
*Keep kids Active   Nutritious option / Subway*
*Promote Little League Baseball         / Fresh fruit*
*Jump Rope for Heart                     / for kids*

## OTHER NOTES: _____
_____
_____
_____

48

ID#: ~~████~~ 4097277

# OBSERVATION LOG

QSE Name: _Subway_

QSE Address: _244 W14th_

Date: 4/13/06

Team: ~~G~~ _Andrea + Karina_  V

**Time**

Arrival: 12:15

Start: 12:20

End: ~~████~~ 2:15

Departure: 2:20

| | # patrons | # surveys |
|---|---|---|
| TOTAL | 82 | 50 |

# unused MetroCards: 5

# multiple diners: 2

_Andrea left at 1:30 PM,_
_Andy did not show up_

**AT ARRIVAL:**

Is calorie information on the menu board? ☑No   ☐ Yes, proceed to alternate location

Is calorie information elsewhere? ☐ No   ☐ Poster   ☑Pamphlet   ☐ Other: _____

**AT END OF SHIFT:**

Any site-specific specials/promotions? If so, please describe:
_none_
_____

**COMBINATIONS:**

Does this location have value/combination options?   ☑Yes   ☐ No

If **YES**, are all items detailed and included on receipt?   ☐ Yes   ☑No

What is included in the standard combination other than the entrée?

☑Side → how many are included in the combination? _chips_

☑Drink → what size? _medium_

☐ Other comments: _____

**MANAGEMENT:**

☑Introduction at beginning? Comments: _nice - no management present however_

☐ Approached by management? Comments: _____

☐ Pamphlets (2) given. Comments: _____

**OTHER NOTES:** (e.g. co-brand, demographics, language, location, drive-through, problems, etc)
_Calorie info on napkins, but not available until after purchase._
_____
_____

ID#: _51_

## OBSERVATION LOG

QSE Name: _Subway_

QSE Address: _90 - 15_

Date: _April 2, 2007_

Team: _S. M. Lichtstadt_

_Team #4 Queens_

**Time**

Arrival: _10:35_

Start: _11:40_

End: _1:42_

Departure: _2:20_

| | # patrons | # surveys |
|---|---|---|
| TOTAL | 60 | 33 |

# unused MetroCards: _22_ ✓

# multiple diners: _6_

## AT ARRIVAL:

Is calorie information on the menu board?  ☑ No    ☐ Yes, proceed to alt. location

Is calorie information elsewhere?  ☐ No   ☐ Poster   ☐ Pamphlet   ☑ Other: _counter top cups_

## AT END OF SHIFT:

Is there a drive-through window?

☐ Yes → how many patrons were using drive-through?   ☐ None   ☐ Some   ☐ A lot

☑ No

Were any items purchased but did not show up on the receipt? *(e.g. drink or side w/ combinations)*

_____

_____

Any site-specific specials/promotions? If so, please describe:

_Subway - fresh fit for kids "a fresh alternative for kids"_

_new bowls for nutritious meals_

_____

## OTHER NOTES: *(e.g. language barrier; location – residential, commercial, industrial; problems; etc)*

_Mall- food court very busy - a lot of_

_different food variations_

_KFC, McDonalds, Thai etc_

ID#: 53

## OBSERVATION LOG

QSE Name: Subway

QSE Address: 1724 Victory

Date: 04-02-07

Team: #3

**Time**

Arrival: 11:45

Start: 11:55

End: 2:00

Departure: 2:05

| | # patrons | # surveys |
|---|---|---|
| TOTAL | 77 | 36 |

# unused MetroCards: 19 ✓

# multiple diners: 3 (2)

### AT ARRIVAL:

Is calorie information on the menu board? ☑ No    ☐ Yes, proceed to alt. location

Is calorie information elsewhere? ☐ No    ☐ Poster    ☑ Pamphlet    ☐ Other: _____

### AT END OF SHIFT:

Is there a drive-through window?
☐ Yes → how many patrons were using drive-through?    ☐ None    ☐ Some    ☐ A lot
☑ No

Were any items purchased but did not show up on the receipt? *(e.g. drink or side w/ combinations)*

_____
_____

Any site-specific specials/promotions? If so, please describe:

_____
_____
_____

**OTHER NOTES:** *(e.g. language barrier; location – residential, commercial, industrial; problems; etc)*

On a strip mall, limited parking. Many people
said they don't take mass transit. Time on receipts
is off by an hour. Half residential/half business. Seems
people were buying for more than themselves. Schools are
closed, people brought kids to store, kids were customers.

#SS    ID#: 41144146

## OBSERVATION LOG

QSE Name: __SUBWAY__    Date: _05/25/07_

QSE Address: _201 EAST 34TH STREET AT THIRD AVENUE_    Team: BASMY BASHER
ANDY CHU
DOMINGO MORENTA

Time    Arrival: _11:43_

Start: _12:01_

End: _2:01_

Departure: _2:06_

| | # patrons | # surveys |
|---|---|---|
| TOTAL | 57 | ~~28~~ 29 |

# unused MetroCards: _26_

# multiple diners: _2_

### AT ARRIVAL:

Is calorie information on the menu board?   ☑ No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere?   ☐ No   ☐ Poster   ☑ Pamphlet   ☑ Other: _NAPKINS/CUPS_
[INCLUDED IN FOLDER]

### AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:

_* FREE DELIVERY OFFERED AS A SPECIFIC PROMO, ONLINE ORDERING POSSIBLE:_
_WWW.CALLSUBWAY.COM *_

### COMBINATIONS:

Does this location have value/combination options?   ☑ Yes   ☐ No

   If __YES__, are all items detailed and included on receipt?   ☐ Yes   ☑ No

What is included in the standard combination other than the entrée?

   ☑ Side  →  how many are included in the combination? _1_

   ☑ Drink  →  what size? _M - L_

   ☐ Other comments: _____

### MANAGEMENT:

   ☑ Introduction at beginning? Comments: _Smooth, slight rebuttal for having study WHILE pointing to NUTRITION FACTS ON CUPS_

   ☑ Approached by management?  Comments: _Asked to step from door a few feet/obstructing_

   ☑ Pamphlets (2) given. Comments: _____

### OTHER NOTES: (e.g. co-brand, demographics, language, location, drive-through, problems, etc)

_MAJORITY OF PARTICIPANTS WERE WOMEN, WHITE & IN 20's - 30's OF AGE. AREA HAD_
_MANY PLACES FOR PEOPLE TO EAT AS OUR BLOCK HAD NOTHING BUT FOOD ESTABLISHMENTS_
_WHILE THE BEGINNING OF MEMORIAL DAY MAY HAVE HAMPERED THE NUMBER OF_
_PEOPLE PRESENT DURING OUR DATA COLLECTION_

ID#: 51

## OBSERVATION LOG

QSE Name: _Subway_                          Date: 04-17-07

QSE Address: _2-33 B. 20th, Queens_         Team: #3, Bklyn

| NOON to 2:00 | 31 | 15 |
| | # patrons | # surveys |
| TOTAL | 58 | 34 |

**Time**

Arrival: _11:24_

Start: _11:36_

End: _3:39_

Departure: _3:47_

2:00 - 4:00    27    19 → 19 by self

# unused MetroCards: _76_ ✓    2 multi diner

# multiple diners: _2_

## AT ARRIVAL:

Is calorie information on the menu board?  ☒ No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere?  ☐ No   ☐ Poster  ☒ Pamphlet  ☒ Other: _Napkins_
_Cups_

## AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:

_____

_____

## COMBINATIONS:

Does this location have value/combination options?      ☒ Yes    ☐ No

   If _YES_, are all items detailed and included on receipt?  ☒ Yes    ☐ No

What is included in the standard combination other than the entrée?

   ☒ Side  →  how many are included in the combination? _1_

   ☒ Drink  →  what size? _med_

   ☐ Other comments: _____

## MANAGEMENT:

   ☒ Introduction at beginning? Comments: _friendly, agreeable_

   ☐ Approached by management?  Comments: _____

   ☒ Pamphlets (2) given.  Comments: _no comments, Owner showed up_
_later, very friendly_

## OTHER NOTES: (e.g. co-brand, demographics, language, location, problems, etc)

_In a small shopping mall, not much pedestrian traffic,_
_people arrived by car. Customers had to go back and get_
_their receipt_

Drive-Through %age of business    N/A    0%    1-25%    25-50%    51-75%    >75%

ID#: _59_

## OBSERVATION LOG

QSE Name: _Subway_                                     Date: _04-17-07_

QSE Address: _2-33   B. 20th, Queens_          Team: _#3, Bklyn_

| **Time** | | | |
|---|---|---|---|
| Arrival: | _11:24_ | | |
| Start: | _11:36_ | | |
| End: | _3:39_ | | |
| Departure: | _3:47_ | | |

_NOON to 2:00   31    15_

| | # patrons | # surveys |
|---|---|---|
| **TOTAL** | _58_ | _34_ |
| _2:00 - 4:00_ | _27_ | _17_ |

# unused MetroCards: _76_ ✓    _2 multi diner_

# multiple diners: _2_

### AT ARRIVAL:

Is calorie information on the menu board? ☒ No        ☐ Yes, proceed to alternate location

Is calorie information elsewhere? ☐ No   ☐ Poster   ☒ Pamphlet   ☒ Other: _Napkins_
_cup_

### AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:

_____

_____

### COMBINATIONS:

Does this location have value/combination options?        ☒ Yes        ☐ No

If **YES**, are all items detailed and included on receipt?   ☒ Yes   ☐ No

What is included in the standard combination other than the entrée?

☒ Side   →   how many are included in the combination? _1_

☒ Drink   →   what size? _med_

☐ Other comments: _____

### MANAGEMENT:

☒ Introduction at beginning? Comments: _friendly, agreeable_

☐ Approached by management?   Comments: _____

☒ Pamphlets (2) given.   Comments: _No comments, Owner showed up_
_later, very friendly_

### OTHER NOTES: (e.g. co-brand, demographics, language, location, problems, etc)

_In a small shopping mall, not much pedestrian traffic,_
_people arrived by car. Customers had to go back and get_
_their receipt_

ID#: _607_

## OBSERVATION LOG

QSE Name: _Subway_          Date: _4/19/07_

QSE Address: _597 Tremont Ave Bronx_     Team: _Bronx_

**Time**      Arrival: _11:50_

Start: _11:55_

End: _1:30_

Departure: _1:35_

|  | # patrons | # surveys |
|---|---|---|
| **TOTAL** | 61 | 55 |

# unused MetroCards: _0_

# multiple diners: _6_

estimated # drive-thru patrons: _n/a_

## AT ARRIVAL:

Is calorie information on the menu board?  ☒ No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere?  ☐ No   ☐ Poster  ☒ Pamphlet   ☐ Other: _____

## AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:

_____

_____

## COMBINATIONS:

Does this location have value/combination options?   ☒ Yes    ☐ No

If **YES**, are all items detailed and included on receipt?   ☒ Yes    ☐ No

What is included in the standard combination other than the entrée? _Chips or cookies_

☒ Side  →  how many are included in the combination? _____

☒ Drink  →  what size? _Medium_

☐ Other comments: _____

## MANAGEMENT:

☒ Introduction at beginning? Comments: _very receptive_

☐ Approached by management?  Comments: _n/a_

☒ Pamphlets (2) given.  Comments: _none_

## OTHER NOTES: (e.g. co-brand, demographics, language, location, problems, etc)

_Right next door to very large McDonalds_

_____

_____

ID#: 62

## OBSERVATION LOG

QSE Name: _Subway_          Date: _April 6, 2007_

QSE Address: _391 Jay Street_          Team: _#4 Queens_

**Time**     Arrival: _10:45_

Start: _11:30_

End: _1:30_

Departure: _1:35_

| | # patrons | # surveys |
|---|---|---|
| **TOTAL** | 104 | ~~50~~ 45 |

# unused MetroCards: _109_ ✓ -1 bogus survey

# multiple diners: _2_          44

### AT ARRIVAL:

Is calorie information on the menu board?  ☑No     ☐ Yes, proceed to alternate location

Is calorie information elsewhere?  ☑No     ☐ Poster     ☐ Pamphlet     ☐ Other: _____

### AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:

_____

_____

### COMBINATIONS:

Does this location have value/combination options?          ☑Yes          ☐ No

If **YES**, are all items detailed and included on receipt?     ☐ Yes          ☑No

What is included in the standard combination other than the entrée?

☑ Side  →  how many are included in the combination? _1_

☑ Drink  →  what size? _med_ .

☐ Other comments: _____

### MANAGEMENT:

☑Introduction at beginning? Comments: _Friendly manager._

☐ Approached by management?  Comments: _____

☑Pamphlets (2) given.  Comments: _____

### OTHER NOTES: (e.g. co-brand, demographics, language, location, drive-through, problems, etc)

_Great spot! Friendly and willing to stop._

_____

_____

#73  4095071
ID#: _____

## OBSERVATION LOG

QSE Name: ~~Start~~ Subway 261 5th ave          Date: 5/14/07

QSE Address: 261 5th ave & 28th          Team: Amy
                                                Domingo
                                                Gosmer

**Time**     Arrival: 11 40

            Start: 12 00

            End: 2 05

            Departure: _____

|  | # patrons | # surveys |
|---|---|---|
| **TOTAL** | 164 | 34 |

# unused MetroCards: 21

# multiple diners: Ø 2.

### AT ARRIVAL:

Is calorie information on the menu board?   ☒ No     ☐ Yes, proceed to alternate location

Is calorie information elsewhere?  ☐ No   ☐ Poster   ☐ Pamphlet   ☒ Other: naptise (listed)

### AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:

_____

_____

### COMBINATIONS:

Does this location have value/combination options?     ☒ Yes     ☐ No

   If **YES**, are all items detailed and included on receipt?   ☐ Yes   ☐ No

What is included in the standard combination other than the entrée?

   ☒ Side  →  how many are included in the combination? 1

   ☐ Drink  →  what size? ____

   ☐ Other comments: _____

### MANAGEMENT:

   ☒ Introduction at beginning?  Comments: Manager not on site Intro given to
      supervisor

   ☐ Approached by management?  Comments: _____

   ☒ Pamphlets (2) given.  Comments: _____

### OTHER NOTES: (e.g. co-brand, demographics, language, location, drive-through, problems, etc)

Patrons needed to request receipts. Calorie Info on
dressing & deli sandwichs are available

_____

ID#: 74

## OBSERVATION LOG

E Name: __Sub WAy__                     Date: __4/19/07__

QSE Address: __1720 Eastchester RD__     Team: __#2__

**Time**

Arrival: __11:50__

Start: __12:00__

End: __4 00__

Departure: __4.20__

| | # patrons | # surveys |
|---|---|---|
| TOTAL | 61 | 26 |

# unused MetroCards: __63__

# multiple diners: __7__

estimated # drive-thru patrons: ____

**AT ARRIVAL:**

Is calorie information on the menu board? ☑No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere? ☐ No   ☑Poster   ☑Pamphlet   ☐ Other: _____

**AT END OF SHIFT:**

Any site-specific specials/promotions? If so, please describe:

__None__

_____

**COMBINATIONS:**

Does this location have value/combination options?

   If **YES**, are all items detailed and included on rec

What is included in the standard combination other than

   ☐ Side  →  how many are included in the com

   ☐ Drink  →  what size? ____

   ☐ Other comments: _____

*12-2pm*

*Patrons #61*

*Surveys #26*

*Multi diners #7*

**MANAGEMENT:**

   ☑ Introduction at beginning? Comments: __Wel__

   ☐ Approached by management?  Comments: __

   ☑ Pamphlets (2) given.  Comments: _____

**OTHER NOTES:** (e.g. co-brand, demographics, language, location, problems, etc)

__Traffic Very Slow__

_____

_____

**ID#:** 7<sup>c</sup>

## OBSERVATION LOG

QSE Name: Sub Way                          Date: 1/19/07

QSE Address: 1720 Eastchester RD           Team: #2

**Time**

Arrival: 11.50

Start: 12:00

End: 4.00

Departure: 4.20

|  | # patrons | # surveys |
|---|---|---|
| **TOTAL** | 40 | 22 |

# unused MetroCards: 63

# multiple diners: 1

estimated # drive-thru patrons: ____

**AT ARRIVAL:**

Is calorie information on the menu board? ☑No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere? ☐ No  ☑Poster  ☑Pamphlet  ☐ Other: _____

**AT END OF SHIFT:**

Any site-specific specials/promotions? If s

_____ Non _____

2 - 4pm
Patrons # 40  _____
Surveys #22

Multi Diner
# 1

**COMBINATIONS:**

Does this location have value/combination

If **YES**, are all items detailed and in

What is included in the standard combinati

☐ Side  →  how many are includ

☐ Drink  →  what size? ___

☐ Other comments: _____

**MANAGEMENT:**

☑Introduction at beginning? Comments: Well Received

☐ Approached by management?  Comments: _____

☑Pamphlets (2) given.  Comments: ___ Well Received

**OTHER NOTES:** (e.g. co-brand, demographics, language, location, problems, etc)

Traffic Very Slow

**OBSERVATION LOG**

ID#: 76

QSE Name: _Subway_

QSE Address: _341 B St. Nicholas Ave._

Date: _4/1/07_

Team: _4 Queens_

**Time**

Arrival: _11 20_

Start: _1145_

End: _145_

Departure: _openy_

✓

|  | # patrons | # surveys |
|---|---|---|
| **TOTAL** | 15 | 13 |

# unused MetroCards: _44_ → 2 ppl did not want the metrocard!

# multiple diners: _0_

## AT ARRIVAL:

Is calorie information on the menu board? ☑No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere?  ☐ No   ☐ Poster   ☐ Pamphlet   ☑Other: _Napkins_

## AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:

_____

_____

## COMBINATIONS:

Does this location have value/combination options?          ☐ Yes    ☑No

    If _YES_, are all items detailed and included on receipt?    ☐ Yes    ☐ No

What is included in the standard combination other than the entrée?

    ☐ Side   →   how many are included in the combination? ___

    ☐ Drink   →   what size? ___

    ☐ Other comments: _____

## MANAGEMENT:

    ☑ Introduction at beginning? Comments: _Friendly!_

    ☑ Approached by management?  Comments: _The owner called on the phone to speak with us._ _It was all good._

    ☐ Pamphlets (2) given.  Comments: _____

## OTHER NOTES: (e.g. co-brand, demographics, language, location, drive-through, problems, etc)

_So so slow!_

_____

_____

ID#: 26

## OBSERVATION LOG

QSE Name: _Subway_

QSE Address: _314 B St Nicholas Avenue_

Date: _April 11, 2009_

Team: _#4 Queens_

**Time**

Arrival: _11:20_

Start: _1:49_

End: _3:49_

Departure: _4:00_

|  | # patrons | # surveys |
|---|---|---|
| TOTAL | 29 | 19 |

# unused MetroCards: _36_ ✓

# multiple diners: _2_

### AT ARRIVAL:

Is calorie information on the menu board?  ☐ No     ☑ Yes, proceed to alternate location

Is calorie information elsewhere?  ☐ No     ☐ Poster     ☐ Pamphlet     ☐ Other: _____

### AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:
_- Advertise on door - "Keep kids active give nutritious options with Subway restaurant"_

### COMBINATIONS:

Does this location have value/combination options?     ☑ Yes     ☐ No

If _YES_, are all items detailed and included on receipt?     ☑ Yes     ☐ No

What is included in the standard combination other than the entrée?

☐ Side  →  how many are included in the combination? ___

☑ Drink  →  what size? ___

☐ Other comments: _____

### MANAGEMENT:

☑ Introduction at beginning?  Comments: _____

☑ Approached by management?  Comments: _see 1st half of day_

☐ Pamphlets (2) given.  Comments: _____

### OTHER NOTES: _(e.g. co-brand, demographics, language, location, drive-through, problems, etc)_

_____

_____

_____

**OBSERVATION LOG**

ID#: _82_

QSE Name: _Subway_                                   Date: _4/02/07_
QSE Address: _220 East 161 St_                       Team: _Bronx_

**Time**    Arrival: _11:40_

Start: _11:50_

| | # patrons | # surveys |
|---|---|---|
| TOTAL | 101 | 56 |

End: _1:29_

Departure: _1:31_

\# unused MetroCards: _2_

\*   # multiple diners: _4 (See yellow post it_
_5_

**AT ARRIVAL:**

Is calorie information on the menu board?   ☑ No       ☐ Yes, proceed to alt. location

Is calorie information elsewhere?   ☐ No   ☐ Poster   ☐ Pamphlet   ☑ Other: _____

_On a post-card in the display case_

**AT END OF SHIFT:**

Is there a drive-through window?
☐ Yes → how many patrons were using drive-through?   ☐ None   ☐ Some   ☐ A lot
☑ No

Were any items purchased but did not show up on the receipt? *(e.g. drink or side w/ combinations)*
_Potatoe chips / Doritos etc. does not show up on receipt_
_nor does the type of cookie which was selected_

Any site-specific specials/promotions? If so, please describe:
_Special of the day was meatball hero, however, did_
_not seem to be so popular._

\* _we noted our multiple diners with a yellow post it._
_We circled what our individual customer purchased for_
_him/her self_
**OTHER NOTES:** *(e.g. language barrier; location – residential, commercial, industrial; problems; etc)*
_As the subway began to get busy they began issuing_
_"no sale" receipts which did not indicate type of sandwich._
_I spoke with the mgr. and gently reiterated our purpose_
_at which point he complied. Register receipts were never_
_adjusted for daylight svs time. 2 metro cds returned_
_customer's gave receipt but did not take cds._
_Surveys are numbered under receipts)_

ID#: _89_

## OBSERVATION LOG

QSE Name: _Subway_                                    Date: _4/23/07_

QSE Address: _162 W 13th Street_                      Team: _Andy_
                                                           _Michelle_
                                                           _Gina_

**Time**     Arrival:  _11=40_
             Start:    _12=00_
             End:      _2:15_
             Departure: _2:30_

|        | # patrons | # surveys |
|--------|-----------|-----------|
| TOTAL  | 75        | 55        |

# unused MetroCards: _0_

# multiple diners: _1_
_(# of 25)_

### AT ARRIVAL:

Is calorie information on the menu board?  ☒ No        ☐ Yes, proceed to alternate location

Is calorie information elsewhere?  ☐ No    ☐ Poster   ☐ Pamphlet   ☒ Other: _Glass gaurd_

### AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:

_Fresh Fit meal_

### COMBINATIONS:

Does this location have value/combination options?   ☒ Yes        ☐ No

   If **YES**, are all items detailed and included on receipt?   ☐ Yes   ☒ No

What is included in the standard combination other than the entrée?

   ☒ Side → how many are included in the combination? _raisins or apples_

   ☒ Drink → what size? _21 oz._

   ☐ Other comments: _____

### MANAGEMENT:

   ☒ Introduction at beginning?  Comments: _no complaint_

   ☐ Approached by management?  Comments: _____

   ☒ Pamphlets (2) given.  Comments: _Thanked._

### OTHER NOTES: (e.g. co-brand, demographics, language, location, drive-through, problems, etc)

_____

_____

_____

_____

**OBSERVATION LOG**

ID#: 4157600

QSE Name: Jessica Kosciewicz, Niki Tsichritzis, Mona Sayed Date: 6/6/07

QSE Address: 1165 Church St _____ Team: _____

**Time**

Arrival: 12:00

Start: 12:20

End: 2:00

Departure: _____

| | # patrons | # surveys |
|---|---|---|
| TOTAL | 119 | ~~55~~ 54 |

# unused MetroCards: 2

# multiple diners: 5

**AT ARRIVAL:**

Is calorie information on the menu board? ☑ No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere? ☐ No   ☐ Poster   ☐ Pamphlet   ☑ Other: Decal on glass in front of sandwich ingredients

**AT END OF SHIFT:**

Any site-specific specials/promotions? If so, please describe:
Today's Special Conch Salami + pepperoni

**COMBINATIONS:**

Does this location have value/combination options?    ☑ Yes    ☐ No

  If **YES**, are all items detailed and included on receipt?   ☐ Yes   ☐ No

What is included in the standard combination other than the entrée?

  ☑ Side → how many are included in the combination? 1 - bag of chips

  ☑ Drink → what size? 21oz. or 32oz

  ☐ Other comments: _____

**MANAGEMENT:**

  ☑ Introduction at beginning? Comments: _____

  ☐ Approached by management?  Comments: _____

  ☐ Pamphlets (2) given.  Comments: _____

**OTHER NOTES:** (e.g. co-brand, demographics, language, location, drive-through, problems, etc)

_____
_____
_____

## OBSERVATION LOG

QSE Name: _Subway_                          Date: _3/28/07_
QSE Address: _300 W 135th St_

**Time**    Arrival: _11:45_

Start: _12:00_

End: _2:10_

Departure: _2:10_

| | # patrons | # surveys | |
|---|---|---|---|
| TOTAL | 54 | ~~DCO20~~ | (24) |

Team 2

JD# 92

**AT ARRIVAL:**

_gram_

Is calorie information on the menu board?   ☐ No   ☑ Yes, proceed to alt. location

Is calorie information elsewhere?   ☐ No   ☐ Poster   ☐ Pamphlet   ☐ Other: _____

**AT END OF SHIFT:**

**Store Observations:**

Were any items purchased but did not show up on the receipt? *(e.g. drink or side w/ combinations)*

_No._

Any site-specific specials/promotions? If so, please describe:

_Yes Chillren / Half Sandwhich_
_Low Fat Milk, & Apples._

**OTHER NOTES:** _School Next to Subway_
_Challenge._

ID#: *103*

## OBSERVATION LOG

QSE Name: _*Subway*_        Date: *May 16, 2005*

QSE Address: _*2595 Broadway New York*_    Team: *#4 Queens*

**Time**     Arrival: *11:20*

            Start: *11:30*

            End: *1:30*

            Departure: *1:35*

| | # patrons | # surveys |
|---|---|---|
| TOTAL | *56* | *41* |

estimated # add'l drive-thru patrons: *N/A*

# unused MetroCards: *14* ✓

# multiple diners: *1*

### AT ARRIVAL:

Is calorie information on the menu board?   ❑ No     ❑ Yes, proceed to alternate location

Is calorie information elsewhere?   ❑ No    ❑ Poster    ❑ Pamphlet    ❑ Other: _____

### AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:

_____

_____

### COMBINATIONS:

Does this location have value/combination options?     ❑ Yes     ❑ No

     If **YES**, are all items detailed and included on receipt?    ❑ Yes     ❑ No

What is included in the standard combination other than the entrée?

     ❑ Side   →   how many are included in the combination? ___

     ❑ Drink   →   what size? ___

     ❑ Other comments: _____

### MANAGEMENT:

     ☑ Introduction at beginning? Comments: *OK - no problem*

     ❑ Approached by management? Comments: _____

     ☑ Pamphlets (2) given. Comments: _____

### OTHER NOTES: (e.g. co-brand, demographics, language, location, problems, etc)

_*Quiet location*_

_____

_____

#107        ID#: 41095854

## OBSERVATION LOG

QSE Name: _Subway_                                    Date: _5/23/07_

QSE Address: _401 8th Ave & 30 Street_               Team: _Basey Basher_
                                                    _Domingo Moronta_
                                                    _Marc Machell_

**Time**    Arrival: _11:80_

| | # patrons | # surveys |
|---|---|---|
| **TOTAL** | 98 | 48 |

Start: _12:09_

End: _2:02_

Departure: _2:10_

# unused MetroCards: _8_

# multiple diners: _1_

## AT ARRIVAL:

Is calorie information on the menu board? ☒No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere? ☐ No    ☐ Poster    ☐ Pamphlet    ☒Other: _Napkins_
_Food Container_
_Cups_

## AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:
_Location also sells pizza [Buy 2 slices & get 16 oz drink free]_

## COMBINATIONS:

Does this location have value/combination options?    ☒Yes    ☐ No

  If **YES**, are all items detailed and included on receipt?    ☐ Yes    ☐ No

What is included in the standard combination other than the entrée?

  ☒Side → how many are included in the combination? _1_ _chips, apple, cookies_

  ☒Drink → what size? _M_

  ☐ Other comments: _____

## MANAGEMENT:

  ☒Introduction at beginning? Comments: _Very amicable, no difficulties_

  ☒Approached by management? Comments: _Manager tried to turn in receipt for metrocard_

  ☒Pamphlets (2) given. Comments: _Given to manager after he called & had Marc speak to_
_owner on phone_

## OTHER NOTES: (e.g. co-brand, demographics, language, location, drive-through, problems, etc)

_Majority of customers on lunch break were white, seemed to work in area but location was_
_in a heavily restaurant/food establishment populated area on other side of Madison Sq Garden & Penn_
_Station. A few individuals (3) mentioned they stick to subway as a diet option and were 40+ in a_
_Some individuals (2, black women) asked for opinion on having mayonnaise on sandwich; i.e_
_was it bad or good?_

ID#: 131

## OBSERVATION LOG

QSE Name: _Subway_

QSE Address: _3755 B'way, NY_

Date: _01-06-07_

Team: _#3 Belgn_

**Time**

Arrival: _11:30_

Start: _11:40_

End: _1:45_

Departure: _1:50_

| | # patrons | # surveys |
|---|---|---|
| **TOTAL** | 56 | 21 |

# unused MetroCards: _34_ ✓

# multiple diners: _1_

## AT ARRIVAL:

Is calorie information on the menu board? ☒ No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere? ☐ No  ☒ Poster  ☒ Pamphlet  ☐ Other: _____

_nutrition info on cup, napkin, wrapper, cup_

## AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:

_4 subs $9.99 after 4:00pm, meal of the day $4.60/100_

## COMBINATIONS:

Does this location have value/combination options? ☒ Yes    ☐ No

If _YES_, are all items detailed and included on receipt? ☐ Yes    ☐ No _chips are not on receipt or cookies._

What is included in the standard combination other than the entrée?

☒ Side  →  how many are included in the combination? _1_

☒ Drink  →  what size? _Med._

☐ Other comments: _____

## MANAGEMENT:

☒ Introduction at beginning? Comments: _Mgr. Not in. Employee called owner. Spoke with him on_

☐ Approached by management?  Comments: _phone, described us being there_

☒ Pamphlets (2) given.  Comments: _None_

## OTHER NOTES: (e.g. co-brand, demographics, language, location, drive-through, problems, etc)

_99% of customers spoke no english. Had to ask people to go back in for receipt, store was not giving them out. They offer fat free sauce or dressing._

## OBSERVATION LOG

QSE Name: _Subway_

QSE Address: _11 Flatbush Avenue_
_Brooklyn, New York 11217_

Date: _March 28, 2007_

**Time**    Arrival: _12:15 (10:45)_

Start: _12:15_

End: _2⁰⁰_

Departure: _9³⁰_

| | # patrons | # surveys |
|---|---|---|
| TOTAL | 113 | ~~55~~ |
| | | 54 |

Team 4
ID# 136

## AT ARRIVAL:

Is calorie information on the menu board?  ☒ No    ☐ Yes, proceed to alt. location

Is calorie information elsewhere?  ☐ No    ☐ Poster    ☐ Pamphlet    ☒ Other: _Napkin_

## AT END OF SHIFT:

**Store Observations:**

Were any items purchased but did not show up on the receipt? *(e.g. drink or side w/ combinations)*

_Dressings weren't on receipts._

Any site-specific specials/promotions? If so, please describe:

## OTHER NOTES: _____

ID#: 141

**OBSERVATION LOG**

QSE Name: _Subway_

QSE Address: _93 Church Avenue_

Date: 4|9|07

Team: #2

**Time**

Arrival: _11:30_

Start: _11:40_

End: _2:00_

Departure: _2:05_

|  | # patrons | # surveys |
|---|---|---|
| TOTAL | 42 | 23 |

# unused MetroCards: _32_ ✓

# multiple diners: _5_ — ▓▓▓▓

**AT ARRIVAL:**

Is calorie information on the menu board?  ☑No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere?  ☐ No   ☑Poster   ☐ Pamphlet   ☐ Other: _____

**AT END OF SHIFT:**

Any site-specific specials/promotions? If so, please describe:

_____

_____

**COMBINATIONS:**

Does this location have value/combination options?    ☑Yes    ☐ No

   If _YES_, are all items detailed and included on receipt?    ☐ Yes   ☑No

What is included in the standard combination other than the entrée?

☑ Side  → how many are included in the combination? ___

☑ Drink → what size? _MED. DRINKS are not necessarily Printed on Receipts for COMBO ORDERS_

☐ Other comments: _____

**MANAGEMENT:**

☑ Introduction at beginning? Comments: _Well Received_

☐ Approached by management?  Comments: _____

☑ Pamphlets (2) given.  Comments: _____Well Received_

**OTHER NOTES:** _(e.g. co-brand, demographics, language, location, drive-through, problems, etc)_

_____

_____

_____

## OBSERVATION LOG

QSE Name: *Subway*                          Date: *03-27-07*
QSE Address: *2120 86th St. Bklyn.*

**Time**      Arrival: *11 30*

| | # patrons | # surveys |
|---|---|---|
| TOTAL | *54* | ~~29~~ |
| | | *31* |

Start: *11 45*

End: *2:00*

Departure: *2:00*

*Team 3*
*ID 153*

## AT ARRIVAL:

Is calorie information on the menu board?  ☑ No    ☐ Yes, proceed to alt. location

Is calorie information elsewhere?  ☐ No   ☑ Poster   ☑ Pamphlet   ☐ Other: *On glass covering*

## AT END OF SHIFT:

**Store Observations:**

Were any items purchased but did not show up on the receipt? *(e.g. drink or side w/ combinations)*

_____

_____

Any site-specific specials/promotions? If so, please describe:

_____

_____

_____

## OTHER NOTES: _____

_____

_____

_____

# OBSERVATION LOG

ID#: _158_

QSE Name: _Subway_

Date: _5/18/07_

QSE Address: _2508_

Team: _1_

**Time**

Arrival: _12:00 Pm_

Start: _12:10 Pm_

End: _1:30 Pm_

Departure: _2:00 Pm_

| | # patrons | # surveys |
|---|---|---|
| **TOTAL** | 69 | 58 |

estimated # add'l drive-thru patrons: _0_

# unused MetroCards: _0_

# multiple diners: _8_

## AT ARRIVAL:

Is calorie information on the menu board? ☑No     ☐ Yes, proceed to alternate location

Is calorie information elsewhere? ☐ No     ☐ Poster     ☑ Pamphlet     ☐ Other: _Cups + Napkins_

## AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:

_____

_____

## COMBINATIONS:

Does this location have value/combination options?     ☑Yes     ☐ No

If _YES_, are all items detailed and included on receipt?     ☐ Yes     ☐ No

What is included in the standard combination other than the entrée?

☑ Side → how many are included in the combination? _1_

☑ Drink → what size? _m_

☐ Other comments: _____

## MANAGEMENT:

☑ Introduction at beginning? Comments: _Went very well_

☐ Approached by management?  Comments: _____

☐ Pamphlets (2) given.  Comments: _____

## OTHER NOTES: (e.g. co-brand, demographics, language, location, problems, etc)

_____

_____

_____

#168    ID#: 40400516

**OBSERVATION LOG**

QSE Name: _Subway_

QSE Address: _(31st + 5th) 302 5th Avenue_

Date: _4/24/07_

Team: _Andy Chu, Victoria Stern, Henriette Kadish_

**Time**    Arrival: _11:35 PM_

Start: _12:20 PM_

End: _2:00 PM_

Departure: _2:05 PM_

|  | # patrons | # surveys |
|---|---|---|
| TOTAL | 235 | 26/27 |

(1 survey w/o receipt)

# unused MetroCards: _28_

# multiple diners: _2_

**AT ARRIVAL:**

Is calorie information on the menu board?    ☑ No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere?    ☐ No    ☐ Poster    ☐ Pamphlet    ☑ Other: _glass pane on sandwich fixings_

**AT END OF SHIFT:**

Any site-specific specials/promotions? If so, please describe:

_____

_____

**COMBINATIONS:**

Does this location have value/combination options?    ☑ Yes    ☐ No

If **YES**, are all items detailed and included on receipt?    ☐ Yes    ☑ No

What is included in the standard combination other than the entrée? _Fit Meal Combo_

☑ Side → how many are included in the combination? _1_ _Baked Lays (chips, apple slices, raisins)_

☐ Drink → what size? ___

☐ Other comments: _____

**MANAGEMENT:**

☑ Introduction at beginning? Comments: _____

☐ Approached by management? Comments: _____

☑ Pamphlets (2) given. Comments: _____

**OTHER NOTES**: (e.g. co-brand, demographics, language, location, drive-through, problems, etc)

_co-brand with Baskin Robbins + Dunkin Donuts; most customers there for BR or DD_

_____

_____

12~2pm

**OBSERVATION LOG**

ID#: 174

QSE Name: Subway
QSE Address: 843 Franklin Ave, BKLy, NY

Date: 4/11/07
Team: #2

**Time**

Arrival: 11:45
Start: 12:00
End: 4:00
Departure: 4:05

| TOTAL | DMD | # patrons | # surveys |
|---|---|---|---|
| | | 32 | 21 |

12-2

3 MD 45 / 26        2-4pm

# unused MetroCards: 63 /

# multiple diners: 3

## AT ARRIVAL:

Is calorie information on the menu board?  ☒ No   ☐ Yes, proceed to alt. location

Is calorie information elsewhere?  ☐ No  ☒ Poster  ☒ Pamphlet  ☐ Other: _____

## AT END OF SHIFT:

Is there a drive-through window?
☐ Yes → how many patrons were using drive-through?  ☒ None  ☐ Some  ☐ A lot
☐ No

Were any items purchased but did not show up on the receipt? *(e.g. drink or side w/ combinations)*

None

Any site-specific specials/promotions? If so, please describe:

None

## OTHER NOTES: *(e.g. language barrier; location – residential, commercial, industrial; problems; etc)*

One major barrier was the location of this site. It is located down the block from 2 major highsencools. prospect Heights & clara Barton making the majority of the customer base under 18 of age. The location is also extremely small. It about 200 square feet. Traffic was very moderate considering the size of the site.

*(Attached to the surveys is a menu describing short-termed abbreviations)*

ID#: ____

## OBSERVATION LOG

QSE Name: Subway

Date: 4/20/07

QSE Address: 11 Broadway

Team: Michele Nabatian, Victoria Stein, Stacey McCarthy

**Time**

Arrival: 11:45 am

Start: 12:25 pm

End: 1:40 pm

Departure: 1:45 pm

| | # patrons | # surveys |
|---|---|---|
| TOTAL | 174 | 51 |

# unused MetroCards: ~~75~~ ran out! (47)

# multiple diners: 0

### AT ARRIVAL:

Is calorie information on the menu board? ☑ No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere? ☐ No  ☐ Poster  ☐ Pamphlet  ☑ Other: posted on glass case in front of sandwich fixings

### AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:

Meal Fit Plan

### COMBINATIONS:

Does this location have value/combination options?  ☑ Yes  ☐ No

If **YES**, are all items detailed and included on receipt?  ☐ Yes  ☑ No

What is included in the standard combination other than the entrée?

☑ Side → how many are included in the combination? 1 "fit side" - Baked Lays, sliced raisins, or apples

☐ Drink → what size? 2d oz.

☐ Other comments: _____

### MANAGEMENT: no

☐ Introduction at beginning? Comments: Too busy to do intro

☐ Approached by management? Comments: no

☑ Pamphlets (2) given. Comments: Thanked us - VERY busy

### OTHER NOTES: (e.g. co-brand, demographics, language, location, drive-through, problems, etc)

Lots of kids - school groups came in around 25 or so. Also this site was opposite the MTA building ... so the metrocards weren't much incentive. Also, it got very crowded & around 10-20 people walked in & then walked out without ordering a ...

ID#: _199_

## OBSERVATION LOG

QSE Name: _Subway_

QSE Address: _253-10 Hillside Avenue_

Date: _April 17, 2008_

Team: _#4 Queens_

**Time**

Arrival: _10:44_

Start: _11:30 / 1:52_

End: _1:30 / 3:52_

Departure: _4:13_

| LUNCH | # patrons | # surveys |
|-------|-----------|-----------|
| **TOTAL** | 41 | 32 |

63√ P.M.    22    16

# unused MetroCards: _24_ / 39 P.M

# multiple diners: _7_ / 2 P.M.

### AT ARRIVAL:

Is calorie information on the menu board?   ☑ No       ☐ Yes, proceed to alternate location

Is calorie information elsewhere?   ☐ No   ☐ Poster   ☐ Pamphlet   ☑ Other: _napkins, posters_

### AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:

_____

_____

### COMBINATIONS:

Does this location have value/combination options?       ☑ Yes       ☐ No

If **YES**, are all items detailed and included on receipt?   ☐ Yes   ☑ No

What is included in the standard combination other than the entrée?

   ☑ Side  →  how many are included in the combination? _3 cookies or chips_

   ☑ Drink  →  what size? _med._

   ☐ Other comments: _____

### MANAGEMENT:

   ☑ Introduction at beginning? Comments: _Friendly. Receptive. Will give out receipts_

   ☑ Approached by management?   Comments: _12:10 spoke to owner on phone → A.O.K!_ ☺

   ☐ Pamphlets (2) given.   Comments: _____

### OTHER NOTES: (e.g. co-brand, demographics, language, location, problems, etc)

_Slow location but EXCELLENT feedback!_

_____

_____

Drive-Through %age of business:  (N/A)    0%    1-25%    25-50%    51-75%    >75%

12-2pm

**OBSERVATION LOG**

QSE Name: Subway's                                    Date: 4/23/07

QSE Address: 786A Port Richmond                       Team: #2

**Time**
Arrival: 11:20
Start: 11:25
End: 4:00
Departure: 4:15

| | # patrons | # surveys |
|---|---|---|
| **TOTAL** | 45 | 39 |

estimated # add'l drive-thru patrons: _____

# unused MetroCards: 52 ✓

# multiple diners: 7

**AT ARRIVAL:**

Is calorie information on the menu board? ☒ No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere? ☐ No    ☒ Poster    ☒ Pamphlet    ☐ Other: _____

**AT END OF SHIFT:**

Any site-specific specials/promotions? If so, please describe:
None

**COMBINATIONS:**

Does this location have value/combination options?    ☒ Yes    ☐ No

If **YES**, are all items detailed and included on receipt?    ☐ Yes    ☒ No

What is included in the standard combination other than the entrée?

how many are included in the combination? 1

☒ Side →
☒ Drink → what size? 21oz
☐ Other comments: _____

**MANAGEMENT:**

☐ Introduction at beginning? Comments: Well Received
☒ Approached by management?  Comments: Well Received
☒ Pamphlets (2) given.  Comments: Well Received.

**OTHER NOTES:** (e.g. co-brand, demographics, language, location, problems, etc)
Very Residential However, traffic
was moderate.

2-4pm

ID#: 21

**OBSERVATION LOG**

QSE Name: Subway's                         Date: 4/23/07

QSE Address: 786 A Port Richmond          Team: #2

**Time**    Arrival: 11:20

Start: 11:25

| | # patrons | # surveys |
|---|---|---|
| **TOTAL** | 32 | 19 |

End: 4:00

Departure: 4:15

estimated # add'l drive-thru patrons: _____

# unused MetroCards: 52 ✓

# multiple diners: 4

**AT ARRIVAL:**

Is calorie information on the menu board? ☒No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere? ☐ No    ☒Poster    ☒Pamphlet    ☐ Other: _____

**AT END OF SHIFT:**

Any site-specific specials/promotions? If so, please describe:

___None___

_____

**COMBINATIONS:**

Does this location have value/combination options?    ☒Yes    ☐ No

    If _YES_, are all items detailed and included on receipt?    ☐ Yes    ☒No

What is included in the standard combination other than the entrée?

☒Side    →    how many are included in the combination? 1

☒Drink    →    what size? 21oz

☐ Other comments: _____

**MANAGEMENT:**

☐ Introduction at beginning? Comments: Well Received

☒ Approached by management? Comments: Well Received

☒ Pamphlets (2) given. Comments: Well Received.

**OTHER NOTES:** (e.g. co-brand, demographics, language, location, problems, etc)

Very Residential However traffic was moderate.

_____

**OBSERVATION LOG**

QSE Name: _Subway_  Date: _April 25, 2005_

QSE Address: _31-108A Broadway_  Team: _#4 Queens_

**Time**  Arrival: _10:50_

Start: _11:30 - 1:34_

~~End:~~ _P.M_ _1:34 - 3:34_

Departure: _3:43_

| LUNCH | # patrons | # surveys |
|-------|-----------|-----------|
| **TOTAL** | _25_ | _14_ |

estimated # add'l drive-thru patrons: _N/A_

LUNCH # unused MetroCards: _80_

LUNCH # multiple diners: _1_

_P.M # PATRONS_ _26_    _# SURVEYS_ _13_

**AT ARRIVAL:**    _Multiple 4_

Is calorie information on the menu board?  ☑ No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere?  ☑ No    ☐ Poster    ☐ Pamphlet    ☐ Other: _____

**AT END OF SHIFT:**

Any site-specific specials/promotions? If so, please describe:

_____

_____

**COMBINATIONS:**

Does this location have value/combination options?    ☐ Yes    ☐ No

    If **YES**, are all items detailed and included on receipt?    ☐ Yes    ☐ No

What is included in the standard combination other than the entrée?

    ☐ Side    →  how many are included in the combination? ___

    ☐ Drink    →  what size? ___

    ☐ Other comments: _____

**MANAGEMENT:**

☑ Introduction at beginning? Comments: _Manager is not on site, sp w/worker to contact me_ _he said ok, but I he would have_ _sur_

☐ Approached by management?  Comments: _____

☑ Pamphlets (2) given.  Comments: _____

**OTHER NOTES:** (e.g. co-brand, demographics, language, location, problems, etc)

_-2:00- pedestrian traffic slow on sidewalk - lull_

_HR- 9:00AM-3AM- M-THRS- 9:00AM-5:00AM-FRI/SAT, SUN-10AM-3AM_

_2:53-sp w/employee regarding receipts -_

**OBSERVATION LOG**

ID#: _224_

QSE Name: _Subway_                                    Date: _0502-07_

QSE Address: _107-2# Continental Ave, Queens_        Team: _#3_

**Time**      Arrival:  _11:26_

              Start:    _11:32_

              End:      _3:27_

              Departure: _3:36_

| TOTAL | # patrons | # surveys |
|-------|-----------|-----------|
|       | _147_     | _110_     |

estimated # add'l drive-thru patrons: _N/A_

# unused MetroCards: _0_
# multiple diners: _~~4~~ 10_

**AT ARRIVAL:**

Is calorie information on the menu board?  ☑ No      ☐ Yes, proceed to alternate location

Is calorie information elsewhere?  ☐ No  ☐ Poster  ☐ Pamphlet  ☑ Other: _Napkins, Cups_

**AT END OF SHIFT:**

Any site-specific specials/promotions? If so, please describe:

_____

_____

**COMBINATIONS:**

Does this location have value/combination options?        ☑ Yes        ☐ No

   If _YES_, are all items detailed and included on receipt?   ☑ Yes        ☐ No

What is included in the standard combination other than the entrée?

   ☑ Side  →  how many are included in the combination? ____

   ☑ Drink  →  what size? _med_

   ☐ Other comments: _____

**MANAGEMENT:**

   ☑ Introduction at beginning? Comments: _Agreeable_

   ☐ Approached by management?  Comments: _____

   ☑ Pamphlets (2) given.  Comments: _Agreeable_

**OTHER NOTES:** (e.g. co-brand, demographics, language, location, problems, etc)

_Receipts not accurate because you pick out your own sides. Near Bus Stop & Subway stop._

# OBSERVATION LOG

ID#. _αα⁻⁷_

QSE Name: _Subway_

QSE Address: _149 E. 60ᵗʰ Street, New York_

Date: _May 3, 2007_

Team: _#4 Queens_

**Time**

Arrival: _11:18_

Start: _11:30_

End: _1:15_

Departure: _1:24_

|        | # patrons | # surveys |
|--------|-----------|-----------|
| TOTAL  | 13 \      | 55        |

_yeah!_

estimated # add'l drive-thru patrons: _N/A_

# unused MetroCards: _0_ ✓

# multiple diners: _5_

## AT ARRIVAL:

Is calorie information on the menu board? ☑ No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere? ☑ No    ☐ Poster    ☐ Pamphlet    ☐ Other: _____

## AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:

_____

_____

## COMBINATIONS:

Does this location have value/combination options?    ☐ Yes    ☐ No

If **YES**, are all items detailed and included on receipt?    ☐ Yes    ☐ No

What is included in the standard combination other than the entrée?

☐ Side    →    how many are included in the combination? ___

☐ Drink    →    what size? ___

☐ Other comments: _____

## MANAGEMENT:

☑ Introduction at beginning? Comments: _____

☐ Approached by management? Comments: _____

☑ Pamphlets (2) given. Comments: _____

## OTHER NOTES: *(e.g. co-brand, demographics, language, location, problems, etc)*

_Busy location - nice, friendly people!_

_____

_____

**OBSERVATION LOG**

QSE Name: _Subway_

QSE Address: _245 East 14th Street, New York_

Date: _May 1, 2005_

Team: _#4 Queens_

**Time**

Arrival: _10:50_

Start: _11:30_

End: _1:30_

Departure: _1:38_

| | # patrons | # surveys |
|---|---|---|
| **TOTAL** | 57 | 33 |

estimated # add'l drive-thru patrons: _N/A_

# unused MetroCards: _22_ ✓

# multiple diners: _2_

**AT ARRIVAL:**

Is calorie information on the menu board?  ☑ No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere?  ☑ No    ☐ Poster    ☐ Pamphlet    ☐ Other: _____

**AT END OF SHIFT:**

Any site-specific specials/promotions? If so, please describe:
_Special meatball hero 6" $2.99_

**COMBINATIONS:**

Does this location have value/combination options?    ☐ Yes    ☐ No

    If **YES**, are all items detailed and included on receipt?    ☐ Yes    ☐ No

What is included in the standard combination other than the entrée?

    ☐ Side  →  how many are included in the combination? ___

    ☐ Drink  →  what size? ___

    ☐ Other comments: _____

**MANAGEMENT:**

    ☑ Introduction at beginning? Comments: _____

    ☐ Approached by management?  Comments: _____

    ☑ Pamphlets (2) given.  Comments: _____

**OTHER NOTES:** (e.g. co-brand, demographics, language, location, problems, etc)
_Special - Meatball hero  Near NY Eye & Ear Infirmary_
_Multiple bus stops._

# OBSERVATION LOG

QSE Name: _Subway_                                    Date: _05-11-07_

QSE Address: _11 Astor Square, NYC_          Team: _#3_

**Time**     Arrival: _11:26_

           Start: _11:37_

           End: _1:38_

           Departure: _1:41_

| | # patrons | # surveys |
|---|---|---|
| TOTAL | 44 | 31 |

estimated # add'l drive-thru patrons: _N/A_

# unused MetroCards: _34_

# multiple diners: _4_

## AT ARRIVAL:

Is calorie information on the menu board?  ☒ No     ☐ Yes, proceed to alternate location

Is calorie information elsewhere?  ☐ No  ☐ Poster  ☐ Pamphlet  ☒ Other: _Napkins, cups_

## AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:

_____

_____

## COMBINATIONS:

Does this location have value/combination options?          ☒ Yes          ☐ No

   If **YES**, are all items detailed and included on receipt?   ☐ Yes    ☒ No   _Not specified_

What is included in the standard combination other than the entrée?   _On Receipt_

   ☒ Side → how many are included in the combination? _1_

   ☒ Drink → what size? _med_

   ☐ Other comments: _____

## MANAGEMENT:

   ☒ Introduction at beginning? Comments: _Agreeable_

   ☐ Approached by management? Comments: _____

   ☒ Pamphlets (2) given. Comments: _Agreeable_

## OTHER NOTES: (e.g. co-brand, demographics, language, location, problems, etc)

_Large Chinese population   Student Special - 6" sub_

_w/ 6" drink & cookie $5. 12" drink & cookie 6._

**OBSERVATION LOG**

ID#: _LSS_

QSE Name: _Subway_

Date: _4/30/07_

QSE Address: _1448 East Ave Bronx, ny_

Team: _Bronx_

**Time**

Arrival: _11:47_

Start: _11:55_

End: _2:00_

Departure: _2:05_

| | # patrons | # surveys |
|---|---|---|
| **TOTAL** | _63_ | _55_ |

estimated # add'l drive-thru patrons: _0_

\# unused MetroCards: _0_

\# multiple diners: _8_

**AT ARRIVAL:**

Is calorie information on the menu board?  ☑No      ☐ Yes, proceed to alternate location

Is calorie information elsewhere?  ☐ No    ☐ Poster    ☐ Pamphlet    ☑ Other: _POST CARD DISPLAY CASE_

**AT END OF SHIFT:**

Any site-specific specials/promotions? If so, please describe:

_____

_____

**COMBINATIONS:**

Does this location have value/combination options?    ☑ Yes    ☐ No

    If _YES_, are all items detailed and included on receipt?    ☑ Yes    ☐ No

What is included in the standard combination other than the entrée?

    ☐ Side  →  how many are included in the combination? ___

    ☑ Drink  →  what size? _Medium_

    ☐ Other comments: _____

**MANAGEMENT:**

    ☑ Introduction at beginning?  Comments: _Receptive)_

    ☐ Approached by management?  Comments: _n/a_

    ☑ Pamphlets (2) given.  Comments: _____

**OTHER NOTES:** (e.g. co-brand, demographics, language, location, problems, etc)

_Parkchester Condominiums Development._
_Residential / Commercial Area. Lunch Crowd._

## OBSERVATION LOG

QSE Name: _Subway_                                    Date: _May 2, 2008_

QSE Address: _43-02 Ditmars Boulevard Astoria,_       Team: _#4 Queens_
_New York_

**Time**    Arrival: _11:00_

            Start: _11:30_

| | # patrons | # surveys |
|---|---|---|
| **TOTAL** | 37 | 27 |

            End: _1:30_

estimated # add'l drive-thru patrons: _N/A_

            Departure: _1:35_

# unused MetroCards: _30_ ✓

# multiple diners: _4_

### AT ARRIVAL:

Is calorie information on the menu board? ☑No      ☐ Yes, proceed to alternate location

Is calorie information elsewhere? ☐ No   ☑Poster   ☑Pamphlet   ☐ Other: _____

### AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:

_____

_____

### COMBINATIONS:

Does this location have value/combination options?        ☑Yes      ☐ No

    If _YES_, are all items detailed and included on receipt?   ☐ Yes   ☑No

What is included in the standard combination other than the entrée?

    ☑Side   →   how many are included in the combination? _1_

    ☑Drink   →   what size? _med._

    ☐ Other comments: _____

### MANAGEMENT:

    ☑Introduction at beginning? Comments: _Okay_

    ☐ Approached by management?  Comments: _____

    ☐ Pamphlets (2) given.  Comments: _____

### OTHER NOTES: _(e.g. co-brand, demographics, language, location, problems, etc)_

_____

_____

_____

**OBSERVATION LOG**

ID#: 469

QSE Name: _Subway_                                  Date: _05-07-07_

QSE Address: _102-06 Atlantic Ave, Queens_          Team: _#3_

**Time**    Arrival: _11:27_

Start: _11:34_

End: _1:41_

Departure: _1:46_

|  | # patrons | # surveys |
|---|---|---|
| TOTAL | 51 | 22 |

estimated # add'l drive-thru patrons: ~~#~~ N/A

# unused MetroCards: _33_

# multiple diners: _2_

**AT ARRIVAL:**

Is calorie information on the menu board?  ☑No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere?  ☐ No   ☑ Poster   ☑ Pamphlet   ☑ Other: _Napkins + Cups_

**AT END OF SHIFT:**

Any site-specific specials/promotions? If so, please describe:

- _No_

**COMBINATIONS:**

Does this location have value/combination options?   ☑ Yes    ☐ No

If **YES**, are all items detailed and included on receipt?   ☐ Yes    ☑ No

What is included in the standard combination other than the entrée?

☑ Side   →   how many are included in the combination? _2_

☑ Drink   →   what size? _med_

☐ Other comments: _____

**MANAGEMENT:**

☑ Introduction at beginning?  Comments: _Agreable_

☐ Approached by management?  Comments: _____

☑ Pamphlets (2) given.  Comments: _Agreable_

**OTHER NOTES:** (e.g. co-brand, demographics, language, location, problems, etc)

_In a strip mall, next door to dunkin donuts; residential neighborhood; not so busy. Lot of people did not want to participate_

**OBSERVATION LOG**

QSE Name: _Subway_                                        Date: _05-09-07_

QSE Address: _103-04 Liberty Ave, Queens_      Team: _#3_

**Time**    Arrival: _11:26_

Start: _11:29_

End: _1:30_

Departure: _1:37_

|  | # patrons | # surveys |
|---|---|---|
| **TOTAL** | _26_ | _14_ |

(15)

estimated # add'l drive-thru patrons: _24_

# unused MetroCards: _41_  — 24 went to 05-11-07 surveys

# multiple diners: _3_   −1 went to 05-10-07 survey

**AT ARRIVAL:**

Is calorie information on the menu board?  ☑ No     ☐ Yes, proceed to alternate location

Is calorie information elsewhere?  ☐ No   ☑ Poster   ☑ Pamphlet   ☑ Other: _Napkin & Cups_

**AT END OF SHIFT:**

Any site-specific specials/promotions? If so, please describe:

_____

_____

_____

**COMBINATIONS:**

Does this location have value/combination options?   ☑ Yes   ☐ No

If _YES_, are all items detailed and included on receipt?   ☐ Yes   ☐ No

What is included in the standard combination other than the entrée?

☑ Side  →  how many are included in the combination? _1_

☑ Drink  →  what size? _med_

☐ Other comments: _____

**MANAGEMENT:**

☑ Introduction at beginning?  Comments: _Agreeable_

☐ Approached by management?  Comments: _____

☑ Pamphlets (2) given.  Comments: _Agreeable_

**OTHER NOTES:** (e.g. co-brand, demographics, language, location, problems, etc)

_Receipts are 1 down off. Lunch special - 2 foot_
_long for $7.50/100_

_____

ID#: _280_

**OBSERVATION LOG**

QSE Name: _Subway_                                      Date: _5/11/07_

QSE Address: _717 Grand Street, Blklyn NY_    Team: _#2_

**Time**    Arrival: _11:50_

Start: _12:00_

End: _2:00_

Departure: _2:00_

|  | # patrons | # surveys |
|---|---|---|
| **TOTAL** | 25 | 9 |

estimated # add'l drive-thru patrons: ____

# unused MetroCards: _46_ ✓

# multiple diners: _1_

**AT ARRIVAL:**

Is calorie information on the menu board? ☑No    ☐ Yes, proceed to alternate location

Is calorie information elsewhere? ☑No    ☐ Poster    ☐ Pamphlet    ☐ Other: _____

**AT END OF SHIFT:**

Any site-specific specials/promotions? If so, please describe:

_None_

**COMBINATIONS:**

Does this location have value/combination options?    ☐ Yes    ☑No

   If _YES_, are all items detailed and included on receipt?    ☐ Yes    ☐ No

What is included in the standard combination other than the entrée?

   ☐ Side → how many are included in the combination? ____

   ☐ Drink → what size? ____

   ☐ Other comments: _____

**MANAGEMENT:**

   ☑Introduction at beginning? Comments: _Well Received_

   ☑Approached by management? Comments: _Managers were not Friendly. At All._

   ☐ Pamphlets (2) given. Comments: _Well Received_

**OTHER NOTES:** (e.g. co-brand, demographics, language, location, problems, etc)

_The traffic was extremely Slow The Managers Were not receptive too the Study. The time factor Was off by 2 hours. Ask Manager to about time factor. Wouldn't Agree to Anything._

## OBSERVATION LOG

QSE Name: _Subway_

QSE Address: _2825 Broadway_

Date: _5/08/07_

Team: _Bronx_

**Time**

Arrival: _11:40_

Start: _11:50_

End: _1:15_

Departure: _1:30_

|  | # patrons | # surveys |
|---|---|---|
| **TOTAL** | _59_ | _55_ |

estimated # add'l drive-thru patrons: _0_

# unused MetroCards: _0_

# multiple diners: _1_

## AT ARRIVAL:

Is calorie information on the menu board? ☑ No   ☐ Yes, proceed to alternate location·

Is calorie information elsewhere? ☑ No   ☐ Poster   ☐ Pamphlet   ☐ Other _Display Case POST CARD_

## AT END OF SHIFT:

Any site-specific specials/promotions? If so, please describe:

_____

_____

## COMBINATIONS:

Does this location have value/combination options?   ☑ Yes   ☐ No

If **YES**, are all items detailed and included on receipt?   ☐ Yes   ☐ No

What is included in the standard combination other than the entrée? _Chips or Cookies_

☑ Side → how many are included in the combination? _____

☑ Drink → what size? _Large_

☐ Other comments: _____

## MANAGEMENT:

☑ Introduction at beginning? Comments: _Receptive/Cooperative_

☐ Approached by management? Comments: _n/a_

☑ Pamphlets (2) given. Comments: _____

## OTHER NOTES: (e.g. co-brand, demographics, language, location, problems, etc)

_Busy Subway restaurant very small seating accommodations for only 8 people. Large percentage of patrons eager to participate /curious. Upper West at 109th St tremendous amount of construction and new buildings in the area_

ID#: ~~245~~ 289

## OBSERVATION LOG

QSE Name: _Starbucks_ ___ _Subway_ ___ Date: _May 10, 200_

QSE Address: _245-12 61st Ave. Douglaston, New York_ ___ Team: _#4 Queens_
_87-04 astoria_

**Time**      Arrival: _11_

Start: _11:30 - 12:50_

End: _____

Departure: _1:00_

|  | # patrons | # surveys | Multi |
|---|---|---|---|
| TOTAL | 20 | 9 | 2 |

estimated # add'l drive-thru patrons: _N/A_

_SUBWAY - PM T:30_      # unused MetroCards: _86_
_3:40_      # multiple diners: _2_

**AT ARRIVAL:** _PATRONS - 34_
_SURVEYS 12 X 4_

Is calorie information on the menu board?   ☑ No      ☐ Yes, proceed to alternate location

Is calorie information elsewhere?   ☑ No   ☐ Poster   ☐ Pamphlet   ☐ Other: _____

**AT END OF SHIFT:**

Any site-specific specials/promotions? If so, please describe:

_(Subway) Buy one get one free w/ 32 oy drink - 12"_

**COMBINATIONS:**   _→ Initially ok - see other notes_

_subway_   Does this location have value/combination options?   ☑ Yes   ☐ No

If **YES**, are all items detailed and included on receipt?   ☑ Yes   ☐ No

What is included in the standard combination other than the entrée?

☐ Side   →   how many are included in the combination? ___

☑ Drink   →   what size? _32 oz_

☐ Other comments: _____

**MANAGEMENT:**

☑ Introduction at beginning? Comments: _____

☐ Approached by management?  Comments: _____

☐ Pamphlets (2) given.  Comments: _____

_Starbucks_

**OTHER NOTES:** (e.g. co-brand, demographics, language, location, problems, etc)

_approx 11:50) - Manager approached us and asked if we had permission from_
_mall security. She then stated we would have to leave until she got_
_the "ok" from her manager, who had to get it from corporate which_
_would be approx 4 days. The manager at a later time, said we_
_could stay but, we still needed ok from security and if we had to_
_be 3 ft off their property. We decided to stay at this location →_