



THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Mark W. Muschenheim
Tel: (212) 442-0573
Fax: (212) 791-9714
MMuschen@Law.NYC.Gov

February 7, 2008

By Fax (212) 805-7948

Hon. Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/08
```

Attn: Mitchell Oates, Esq.

Re:    New York State Restaurant Ass'n v. New York City Bd. of Health,
       Index # 08 Civ. 1000 (RJH)

Dear Judge Holwell:

This office represents defendants in the above-captioned matter. I write to respectfully request that defendants be permitted to file a memorandum of law no larger than 30 pages in opposition to plaintiffs' motion for declaratory and injunctive relief, which was supported by a 44 page memorandum of law. During a February 1st conference (before this case was transferred to Your Honor), Hon. Colleen McMahon indicated that defendants could file an opposition brief that exceeded her 25 page limit. The plaintiff has consented to this request.

**So ORDERED**

Respectfully submitted,

Mark W. Muschenheim (MM 0498)
Assistant Corporation Counsel

cc:    Kent A. Yalowitz, Esq.
       (By Fax (212) 715-1399)