```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
NEW YORK STATE RESTAURANT                     :
ASSOCIATION,                                  :    08 Civ. 1000 (RJH)
                                              :
              Plaintiff,                      :
                                              :
                                              :
       -against-                               :    ORDER
                                              :
NEW YORK CITY BOARD OF HEALTH, et al.,        :
                                              :
              Defendants.                     :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

The motion of the Rudd Center for Food Policy and Obesity at Yale University ("Rudd Center") for leave to file a brief as amicus curiae **[6]** is GRANTED.

SO ORDERED.

Dated: New York, New York
       February 14, 2008

                                       _____
                                       Richard J. Holwell
                                       United States District Judge