# ARNOLD & PORTER LLP



Nancy G. Milburn
Nancy_Milburn@aporter.com

212.715.1008
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

February 14, 2008

The Honorable Richard J. Holwell
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1950
New York, NY 10007

    Re:    New York State Restaurant Ass'n v. New York City Board of Health *et al.*
            No. 2008 Civ. 1000 (RJH)

Dear Judge Holwell:

    This firm represents the Plaintiff in the above-referenced action. In light of the extensive briefing by the defendant and its amici, we respectfully request that plaintiff be permitted to file a reply memorandum of law of 30 pages in further support of its motion for declaratory relief and a preliminary injunction.

SO ORDERED

[signature] USDJ
2/14/08

Respectfully,

*Nancy Milburn*

Nancy G. Milburn

cc:    Mark Muschenheim, Esq.
       (By facsimile 212 791-9714)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```
Washington, DC   New York   London   Brussels   Los Angeles   Century City   Northern Virginia   Denver