UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

New York State Restaurant Association,
    *Plaintiff,*

- against -           Case No. 08-cv-1000 (RJH)

New York City Board of Health, *et al.*  **ORDER FOR ADMISSION**
    *Defendants.*       **PRO HAC VICE**

---

  Upon the motion of Stephen Gardner, attorney for *amici curiae* U.S. Representative Henry Waxman, *et al.*, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Deepak Gupta |
| Firm Name: | Public Citizen Litigation Group |
| Address: | 1600 20th Street, NW |
| City/State/Zip: | Washington, DC 20009 |
| Telephone/Fax: | (202) 588-1000 / 588-7795 |
| Email Address: | dgupta@citizen.org |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08
```

is admitted to practice *pro hac vice* as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:  2/21/08
City, State: New York, NY

                  The Honorable Richard J. Holwell,
                  United States District Judge

-4-