UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



NEW YORK STATE RESTAURANT
ASSOCIATION,

                Plaintiff,

- against -

NEW YORK CITY BOARD OF HEALTH,
NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE, and
Thomas R. Frieden, In His Official Capacity
as Commissioner of the New York City
Department of Health and Mental Hygiene,

                Defendants.

No. 2008 Civ. 1000 (RJH)

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that the plaintiff in the above-referenced action The New York State Restaurant Association hereby appeals to The United States Court of Appeals for the Second Circuit from the Memorandum Opinion and Order denying Plaintiff's Motion for a Preliminary Injunction, denying plaintiff's motions for declaratory relief and summary judgment and granting defendants' motion for summary judgment entered on April 16, 2008.

Dated: April 16, 2008
       New York, New York

Respectfully submitted,

ARNOLD & PORTER LLP

By: _____
Peter L. Zimroth
Kent A. Yalowitz
Nancy G. Milburn
Brandon Cowart

399 Park Avenue
New York, New York 10022
(212) 715-1000
kent_yalowitz@aporter.com

*Attorneys for Plaintiff*
*New York State Restaurant Association*